IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 1:98-cr-00019-MP-17

HARRY ALONSO,

    Defendant.

_____/

## S E A L E D   O R D E R

This matter is before the Court on Doc. 1564, Motion to Inspect Sealed Documents. Defendant Harry Alonso is currently facing extradition proceedings before the City of Westminster Magistrates' court in London, England.  Defendant's previous cooperation with U.S. authorities has become relevant in his extradition proceedings.  Defendant moves the Court to temporarily unseal Doc. 787, motion for substantial assistance and attached sentencing memoranda, to allow their inspection by counsel.

**ORDERED AND ADJUDGED:**

1.     The Clerk is directed to send a copy of Doc. 787, motion for substantial assistance and attached sentencing memoranda, to defendant's counsel.

**DONE AND ORDERED** this __10th__ day of August, 2011

                                    *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge